UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., et. al., : <br> : <br>       Plaintiff, : <br> vs. : <br> : <br> THE HAMPTON AVENUE INVESTMENT : <br> GROUP, LLC, : <br> : <br>       Defendant. : <br> : | Case No. 4:19-cv-02949-PLC |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiffs, with consent of the Defendant, to inform the Court that the parties have agreed, in principle, to settle the above-captioned matter. The parties are in the process of finalizing a settlement agreement and expect to file stipulated dismissal within the next sixty days.

Date: July 30, 2020

                                            Respectfully submitted,

                                            /s/ Jon G. Shadinger Jr.
                                            Jon G. Shadinger Jr., Esq.
                                            Shadinger Law, LLC
                                            160 Cumberland Avenue
                                            PO Box 279
                                            Estell Manor, NJ 08319
                                            Tel: (609) 319-5399
                                            Fax: (314) 898-4053
                                            js@shadingerlaw.com
                                            *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of July, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr.
