# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., and JOHN MEGGS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE HAMPTON AVENUE INVESTMENT GROUP, LLC, | ) ) ) ) |
| Defendant. | ) |

Case no.   4:19cv02949 PLC

## ORDER

This matter is before the Court on the notice of settlement [ECF No. 23], filed by Plaintiffs with the consent of Defendant.   The parties state that they

> have agreed, in principle, to settle th[is] matter[,] . . . are in the process of finalizing a settlement agreement[,] and expect to file [a] stipulated dismissal within the next sixty days.

Id.

The record reflects that (1) this case is scheduled for a one-to-two day bench trial beginning March 8, 2021; (2) the parties are to file today their designation of a neutral and conference date for Alternative Dispute Resolution ("ADR") efforts, with ADR scheduled for completion by October 1, 2020; (4) in the next weeks, there are deadlines for Defendant's disclosure of and the depositions of Defendant's expert witnesses; (5) the deadlines for completion of discovery and the filing of Daubert and dispositive motions are in October 2020; and (6) no motions are pending.

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' notice of settlement [ECF No. 23], with Defendant's consent, is **GRANTED** so that this case is passed for settlement.

**IT IS FURTHER ORDERED** that the trial date and all pending deadlines are **VACATED**.

**IT IS FINALLY ORDERED** that, due to the parties' reported settlement of this matter, counsel shall file, no later than sixty days after the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss the case, or a consent judgment fully resolving the claims and causes of action in this lawsuit.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of July, 2020